JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DOK ZAINUTDINOV,

Petitioner,

v.

ERNESTO SANTACRUZ JR., ETC., ET AL.,

Respondents.

No. ED CV 26-5490-E

JUDGMENT

Pursuant to the "Order for Entry of Judgment," it is adjudged that the Petition is granted in part and Respondents are ordered to release Petitioner (A# 220-561-874) from detention immediately, subject to reasonable conditions of supervision.

DATED: September 30, 2026.

CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE